IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| LUIS TASIGCHANA, KIMBERLY | ) | CAUSE NO: 13-29913 |
| TASIGCHANA | ) | CHAPTER 13 |
| DEBTORS | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Nicholas D Strom, Burke Costanza & Carberry LLP, attorneys at law and enters appearance and request for notice for Creditor, HSBC Bank USA, N.A., as Trustee for the registered holders of First NLC Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1.

DATED: August 6, 2013     By: /s/ Nicholas D Strom
                              Nicholas D Strom, #6308174
                              BURKE COSTANZA & CARBERRY LLP
                              9191 Broadway
                              Merrillville, IN 46410
                              Telephone:  (219) 769-1313

## CERTIFICATE OF SERVICE

I hereby certify that, on August 6, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

By: /s/ Nicholas D Strom
    Nicholas D Strom