**U.S. District Court for the Northern District of Illinois**
**Attorney Appearance Form**

In re                                                     Case Number: 13-29913

LUIS TASIGCHANA
KIMBERLY TASIGCHANA

    DEBTORS

An appearance is hereby filed by the undersigned as attorney for:
Wells Fargo Bank, N.A.

Attorney name (type or print):  Michael J. Kalkowski

Firm: Shapiro Kreisman & Associates, LLC

Street Address: 2121 Waukegan Road, Suite 301

City/State/Zip: Bannockburn/IL/60015

Bar ID Number: 6185654                     Telephone Number: (847) 291-1717
(See item 3 in instructions)

Email Address:

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.     ☐   Retained Counsel

                    ☐   Appointed Counsel
                       If appointed counsel, are you

                       ☐ Federal Defender

                       ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing if this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that that foregoing is true and correct.  Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement under oath.

Executed on January 29, 2019

Attorney signature:  /S/  Michael J. Kalkowski
                  (Use electronic signature if the appearance form is filed electronically.)

1