UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-29913 |
| Luis Tasigchana | ) | |
| Kimberly Tasigchana | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

# ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation to defer the current trustee's default to the end of the plan; and

2. The plan base amount is modified to match the amount already paid into the plan by the Debtors, $48,047.21; and

3. That part 5.1 is modified to reflect that the percentage payable to General Unsecured Creditors is lowered to 85%; and

4. That all other plan terms shall remain unchanged; and

5. The Trustee shall not not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter: *Jacqueline B. Cox*

J Cox

Dated: **0 4 MAR 2019**

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20120209_bko